Louis Spinner, Respondent, v. Einhorn's, Inc., et al., Appellants.— In an action to recover damages for assault, false imprisonment, malicious prosecution and slander, three orders denying appellants' separate motions to dismiss the complaint and the separate causes of action therein for insufficiency, or to strike out certain portions of the complaint as sham, irrelevant, redundant, unnecessary, prejudicial, and embarrassing, affirmed, with one bill of $10 costs

and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.